UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT NEW YORK
-----------------------------------------------------------X
In re:

WILDY NARCISSE,

                                Debtor.

**Chapter 7**
**Case No: 96-21345**

-----------------------------------------------------------X

### CERTIFICATE OF SERVICE

    I, Rachel Blumenfeld, certify that on March 26, 2012, service of the **NOTICE OF MOTION TO REOPEN CHAPTER 7 BANKRUPTCY CASE, AFFIRMATION IN SUPPORT, EXHIBITS, and MEMORANDUM OF LAW IN SUPPORT OF MOTION TO REOPEN** was made upon the parties listed below, by depositing a true copy of same by regular, first class, United States mail, postage pre-paid, in an official depository under the exclusive care of the United States Postal Service within the State of New York:

TO:    *SEE ATTACHED LIST*

Dated: Brooklyn, New York
         March 26, 2012

                                                  _/s/ Rachel Blumenfeld_
                                                  RACHEL BLUMENFELD

Wildy Narcisse
2913 Foster Ave Apt# 4C
Brooklyn, New York 11210

Jonathan Klein, Esq.
City of New York Law Department
350 Jay Street, 8th Floor
Brooklyn, New York 11201

John Pereira, Esq.
150 East 58th Street - 14th Floor
New York, New York 10155

Anthony Rahmanan, Esq.
7 Penn Plaza, Suite 505
New York, New York 10001

Internal Revenue Service
Holtsville, New York 11223

American Airlines, Inc.
Post Office Box 582860
Tulsa, OK 74158-2860

American Express
Post Office Box 1270
Newark, NJ 0701-1270

Citibank Mastercard
Post Office Box 6500
Sioux Falls, SD 57117

Citibank Visa
Post Office Box 6500
Sioux Falls, NY 57117

Manufacturers Hanover Trust Co.
100 Duffy Avenue
CS 1763
Hicksville, NY 11802

Sears Payment Center
Post Office Box 182149
Columbus, OH 43218-2149

American Express Travel Related Services

c/o Becket & Lee LLP
PO Box 3001 Dept U
Malvern, PA  19355-0701

NYS Department of Finance
Taxpayer ID Unit
Bankruptcy Section
25 Elm Place, 3rd Floor
Brooklyn, New York  11201

NYS Unemployment Insurance
Attn:  Collection Services
P.O. Box 551
Albany, New York  12201

Office of the United States Trustee
Eastern District of New York
271 Cadman Plaza East
4th Floor
Brooklyn, New York  11201-1800