# Rachel S. Blumenfeld
## Attorney at Law
26 Court Street, Suite 2400 • Brooklyn, New York  11242
718.858.9600 • rblmnf@aol.com

June 15, 2012

FILED VIA ECF

Honorable Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1800

**Re:**      **In re: Wildy Narcisse, chapter 7 case no: 96-21345**

Dear Judge Lord,

The above-referenced matter is scheduled for a status conference on Tuesday, June 19, 2012 at 11:30 a.m.  Gregory Cannata, Esq., Mr. Narcisse's personal injury attorney, has a court-ordered deposition that day and will be unable to appear at the conference.

Therefore, Mr. Cannata is requesting a short adjournment of this conference on consent of Mr. Kass, counsel for City of New York.  The parties respectfully request that the conference be scheduled for Thursday, June 28, 2012 at 2:00 p.m., or at the Court's earliest convenience.

We thank the Court for its considerations in this matter.

Very truly yours,

*/s/ Rachel Blumenfeld*

Rachel Blumenfeld

cc:     Zachary B. Kass, Esq. & Gregory J. Cannata, Esq., via email