# Rachel S. Blumenfeld
## Attorney At Law
26 Court Street, Suite 2400 · Brooklyn, New York 11242
718.858.9600 · rblmnf@aol.com

August 9, 2012

**FILED VIA ECF**
Honorable Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>In re: Wildy Narcisse Chapter 7, Case No: 96-21345</u>

Dear Judge Lord,

    The above-referenced matter is scheduled for a hearing on Thursday, September 6, 2012. The debtor respectfully requests a short adjournment to Thursday October 4 or Thursday October 11, 2012.

    Counsel for the debtor recently learned that the debtor's treating physician will be on vacation on September 6; his plans cannot be changed. This doctor has treated the debtor since the time of his accident until the present, and will be called during the hearing as a key fact and expert witness in establishing the debtor's mental capacity.

    Counsel for the debtor has obtained the consent of Zackary Kass, Esq., counsel for the City of New York, for this adjournment.

    Thank you for the Court's consideration in this matter.

Very truly yours,

/s/ *Rachel Blumenfeld*

Rachel Blumenfeld, Esq.

cc:    Zackary Kass, Esq. & Gregory J. Cannata, Esq. via email