UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

                                                                Chapter 7

In re

WILDY NARCISSE,                                  Case No. 96-21345 (NHL)

                    Debtor

----------------------------------------------------------------x

## ORDER GRANTING MOTION TO REOPEN AND DIRECTING THE RE-APPOINTMENT OF THE CHAPTER 7 TRUSTEE

Upon the motion to reopen filed by Wildy Narcisse, the debtor in the above-captioned chapter 7 case (the "Debtor"), on March 25, 2012, the objection filed by the City of New York on April 16, 2012, the evidentiary hearing held on November 29, 2012, and for the reasons stated in the Court's Memorandum Decision Granting Debtor's Motion to Reopen Chapter 7 Case dated March 29, 2013 (the "Memorandum Decision"), and for cause shown, it is hereby

ORDERED, that pursuant to 11 U.S.C. § 350(b), this chapter 7 case is reopened; and it is further

ORDERED, that the Debtor is directed to file amendments to his bankruptcy filings to include the Personal Injury Action, as defined in the Memorandum Decision, within 14 days of entry of this Order; and it is further

ORDERED, that pursuant to Bankruptcy Rule 5010, the United States Trustee shall re-appoint John S. Pereira, Esq., as chapter 7 trustee.



**Dated: April 8, 2013**
**Brooklyn, New York**

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**