# Notice Recipients

District/Off: 0207−1               User: dcapers                Date Created: 4/8/2013

Case: 1−96−21345−nhl              Form ID: pdf000              Total: 7

**Recipients of Notice of Electronic Filing:**

ust      United States Trustee      USTPRegion02.BR.ECF@usdoj.gov

tr      John S. Pereira      pereiraesq@pereiralaw.com

aty      Rachel Blumenfeld      rblmnf@aol.com

aty      Zachary B Kass      zkass@law.nyc.gov

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Wildy Narcisse      454 Kings 4th Walk      Brooklyn, NY 11223

intp      City Of New York      100 Church Street      New York, NY 10007

aty      Anthony Rahmanan      7 Pennsylvania Plaza      Suite 505      New York, NY 10001

TOTAL: 3