# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: dcapers | Date Created: 4/26/2013 |
| Case: 1−96−21345−nhl | Form ID: 252 | Total: 10 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | John S. Pereira | pereiraesq@pereiralaw.com |
| aty | John S. Pereira | pereiraesq@pereiralaw.com |
| aty | Rachel Blumenfeld | rblmnf@aol.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Wildy Narcisse | 454 Kings 4th Walk | Brooklyn, NY 11223 | | |
| aty | Anthony Rahmanan | 7 Pennsylvania Plaza | Suite 505 | New York, NY 10001 | |
| smg | NYS Department of Taxation &Finance | Bankruptcy Unit | PO Box 5300 | Albany, NY 12205 | |
| smg | NYC Department of Finance | 345 Adams Street, 3rd Floor | Attn: Legal Affairs – Devora Cohn | Brooklyn, NY 11201 | |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit | Bldg. #12, Room 256 | Albany, NY 12240 | |
| smg | United States Trustee | Office of the United States Trustee | 271 Cadman Plaza East | Brooklyn, NY 11201 | |
| 7643963 | Michael A Cardozo | Corporation Counsel of City of New York | 100 Church Street | New York, NY 10007 | Attn: Zachary Kass, Esq |

TOTAL: 7